IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JILLIAN L. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER, et al.,<br><br>    Defendants. | C.A. No. # 09-cv-02456 (PLF) |

## NOTICE OF SETTLEMENT

Pursuant to the Court's December 4, 2012 Minute Order, Plaintiff Jillian Brown, by her counsel, and Defendants Children's National Medical Center, Jocelyn Hulbert, Katheryn Koepenick, Theresa Morrison-Quinata, and Tasmeen Singh, by their counsel (hereinafter "Parties"), hereby notify the Court that the Parties have reached a settlement in the above-captioned matter. The Parties request that the Court continue to stay the case and retain jurisdiction over the case until Defendants fully perform their duties as required under the Settlement Agreement. Upon Defendants' completion of their duties (as mandated under the Settlement Agreement) and consistent with the Parties' Settlement Agreement, the Parties will file with this Court a joint Stipulation of Dismissal With Prejudice to be signed by counsel for all Parties.

January 3, 2013                                         Respectfully submitted,


**COUNSEL FOR PLAINTIFF**


_____/s/_____
Cathy Harris, D.C. Bar # 467206
Andrea Goplerud, D.C. Bar # 992057
Kator, Parks & Weiser, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 898-4800
Fax: (202) 289-1389


**COUNSEL FOR DEFENDANTS CHILDREN'S NATIONAL MEDICAL CENTER, KATHRYN KOEPENICK, TASMEEN SINGH, THERESA MORRISON-QUINATA, and JOCELYN HULBERT**


_____/s/_____
David A. Rosenberg, D.C. Bar # 433405
Ford & Harrison, LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
Phone: (202) 719-2000
Fax: (202) 719-2077