U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JILLIAN L. BROWN<br>   Plaintiff,<br>v.<br>CHILDREN'S NATIONAL MEDICAL CENTER, et al.,<br>   Defendants. | CIVIL ACTION NO: 1:09-cv-02456 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiff Jillian Brown, by her counsel, and Defendants Children's National Medical Center, Jocelyn Hulbert, Kathryn Koepenick, Theresa Morrison-Quinata, and Tasmeen Singh, by their counsel, hereby stipulate that the above captioned matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred in this action.

FOR THE PLAINTIFF:

By: /s/ _____
Cathy Harris, D.C. Bar No. 467206
Andrea Goplerud, D.C. Bar No. 992057

Kator, Parks & Weiser, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 898-4800
Fax: (202) 289-1389

*Attorney for Jillian Brown*

FOR THE DEFENDANTS:

By: /s/ _____
David A. Rosenberg
D.C. Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 300
Washington, D.C. 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077
*Attorney for Children's National Medical Center, Jocelyn Hulbert, Kathryn Koepenick, Theresa Morrison-Quinata, and Tasmeen Singh*

DATE: 1/4, 2013
DC:111663.1

DATE: 1/4, 2013

DC:111615.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of January, 2013, I caused a true and accurate copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be served, via ECF and first-class mail, postage prepaid, upon:

Andrea Goplerud
Kator, Parks & Weiser, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, DC 20036

David A. Rosenberg